AARON D. FORD
  Attorney General
JAMIE S. HENDRICKSON (Bar No. 12770)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
Tel: (702) 486-3326
Fax: (702) 486-3768
Email: jhendrickson@ag.nv.gov

*Attorneys for Interested Party*
*Nevada Department of Corrections*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DONALD A. WEIZENECKER, | Case No. 3:24-cv-00227-MMD-CLB |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| DR. J BENSON, *et al.*, | |
| Defendants. | |

Plaintiff, Donald Weizenecker, and Defendants, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Jamie S. Hendrickson, Senior Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 15th day of April 2025.

By: /s/
Donald A. Weizenecker (NDOC #62548)
Plaintiff, Pro Se

DATED this 15th day of April 2025.
AARON D. FORD
Attorney General

By: /s/ *Jamie S. Hendrickson*
Jamie S. Hendrickson (Bar No. 12770)
Senior Deputy Attorney General
*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: May 23, 2025